UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO.: 2:21-cr-90-SPC-NPM

TIMOTHY CRAWLEY

### PRELIMINARY ORDER OF FORFEITURE[1]

Before the Court, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for Preliminary Order of Forfeiture (Doc. 40), seeking the following assets:

a. **an HP external hard drive which contained a Seagate Hard Drive (300GB), serial number 4NF28GV0;**

b. **a Dell Inspiron 1750 laptop with 500GB Western Digital Hard Drive, serial number WXHOAA9F1290; and**

c. **a Seagate Hard Drive, serial number 4NF1RG8X.**

Defendant Timothy Crawley pleaded guilty to Count One of the Indictment which charged him with child exploitation material, in violation of 18 U.S.C. §§ 2252(a)(4)(b), and on March 22, 2022, the undersigned United States District Court Judge accepted Crawley's plea and adjudged him guilty of this offense. (Doc. 38). Defendant is currently scheduled for sentencing on June 21, 2022.  (Docs. 38; 39).

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the property, the Motion for Preliminary Order of Forfeiture (Doc. 40) is **GRANTED**. Pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on March 24, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record