UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:21-cr-90-SPC-NPM

TIMOTHY CRAWLEY

# ORDER[1]

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States' Motion for Final Order of Forfeiture filed on June 1, 2022. (Doc. 44). The Government is seeking forfeiture of the following assets, which were subject to a March 24, 2022 Preliminary Order of Forfeiture (Doc. 41):

1. **an HP external hard drive which contained a Seagate Hard Drive (300GB), serial number 4NF28GV0;**

2. **a Dell Inspiron 1750 laptop with 500GB Western Digital Hard Drive, serial number WXHOAA9F1290; and**

3. **a Seagate Hard Drive, serial number 4NF1RGBX.**

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on April 1,

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2022 and continuing through April 30, 2022. Doc. 42. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 44) is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on June 9, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record